**DAVIS WRIGHT TREMAINE LLP**
Martin L. Fineman (SBN 104413)
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Tel: 415-276-6500
Fax: 415-276-6599
martinfineman@dwt.com

Attorneys for Defendants
APPTIO, INC. and CLOUDABILITY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDWARD MILLER,<br><br>              Plaintiff,<br><br>       v.<br><br>APPTIO, INC. and CLOUDABILITY, INC.<br><br>and<br><br>DOES 1 through 5,<br><br>              Defendants. | Case No. 4:19-cv-07762-HSG<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br><br>**SECOND STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

DAVIS WRIGHT TREMAINE LLP

The parties stipulate pursuant to N.D. Cal. L.R. 6-1(a) that Defendants Apptio, Inc. and Cloudability, Inc. shall have until January 29, 2020 to respond to the Complaint herein. This is the second extension of this deadline and will not alter any event or deadline already fixed by the Court.

IT IS SO STIPULATED.

Dated: January 21, 2020                          By: */s/ Daniel Remer*
                                                 Daniel Remer (SBN 83702)
                                                 Howard Smukler (SBN 135957)

                                                 *Attorneys for Plaintiff Edward Miller*

Dated: January 21, 2020                          **DAVIS WRIGHT TREMAINE LLP**

                                                 By: */s/ Martin L. Fineman*
                                                 Martin L. Fineman

                                                 *Attorneys for Defendants Apptio, Inc. and Cloudability, Inc.*

DAVIS WRIGHT TREMAINE LLP

1
SECOND STIPULATION EXTENDING TIME TO RESPOND
TO COMPLAINT – *Miller v. Apptio, Inc.,* Case No. 4:19-cv-07762-HSG
4818-0305-8866v.1 0114955-000001

## ATTESTATION OF FILER

The undersigned hereby attests that concurrence in the filing of the attached document has been obtained from each of the other signatories.

Dated this 21st day of January, 2020.

*/s/ Martin L. Fineman*
Martin L. Fineman