**DAVIS WRIGHT TREMAINE LLP**
Martin L. Fineman (SBN 104413)
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
E-Mail: martinfineman@dwt.com

Attorneys for Defendants
APPTIO, INC. and CLOUDABILITY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDWARD MILLER,<br><br>             Plaintiff,<br><br>     v.<br><br>APPTIO, INC. and CLOUDABILITY, INC.<br><br>and<br><br>DOES 1 through 5,<br><br>             Defendants. | Case No. 4:19-cv-07762-HSG<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil L.R. 3-15, the undersigned counsel certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities:  (i) have a financial interest in the subject matter of the controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: former stockholders of defendant Cloudability, Inc., whose interest in an escrow fund (representing a portion of the proceeds from Apptio, Inc.'s acquisition of Cloudability, Inc.) could be reduced if plaintiff were to prevail on the claims he asserts herein.

Dated:  February 4, 2020                                Respectfully Submitted,

**DAVIS WRIGHT TREMAINE LLP**

By: *s/ Martin L. Fineman*
         Martin L. Fineman

Attorneys for Defendants
Apptio, Inc. and Cloudability, Inc.

DAVIS WRIGHT TREMAINE LLP

1

DEFENDANTS' CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
*Miller v. Apptio, Inc.,* Case No. 4:19-cv-07762-HSG
4830-2846-6611v.1 0114955-000001