# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MILLER, <br><br> Plaintiff(s) <br> v. <br><br> APPTIO, INC., CLOUDABILITY, INC <br><br> Defendant(s) | CASE No C 4:19-cv-07762-HSG <br><br> STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)
  The parties respectfully request that Magistrate Judge Corley, Cousins, LaPorte or Van Keulen conduct the Early Settlement Conference.

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☐ other requested deadline:

Date: **February 4, 2020**  /s/ Howard Smukler
Attorney for Plaintiff

Date: **February 4, 2020**  /s/ Martin L. Fineman
Attorney for Defendant

---

☐ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:


DATE: _____
U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*