ALISON P. BUCHANAN - SBN 215710
alison.buchanan@hogefenton.com
CHRISTEN E. BOURNE - SBN 312744
christen.bourne@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
60 South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: 408.287.9501
Fax: 408.287.2583

Attorneys for Defendant
CLOUDABILITY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| EDWARD MILLER, | Case No. 4:19-cv-07762-HSG |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE ON BEHALF OF CLOUDABILITY, INC. |
| v. | |
| APPTIO, INC. and CLOUDABILITY, INC., et al., | |
| Defendants. | Judge: Hon. Haywood S. Gilliam, Jr. |

TO THE COURT AND TO PLAINTIFF EDWARD MILLER AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Alison P. Buchanan, California State Bar No. 215710 and a member of the bar of this Court, Christen E. Bourne, California State Bar No. 312744 and a member of the bar of this Court, and Hoge, Fenton, Jones & Appel, Inc., hereby appear on behalf of Defendant Cloudability, Inc.

DATED: February 7, 2020         HOGE, FENTON, JONES & APPEL, INC.

                                By: /s/ Alison P. Buchanan
                                    Alison P. Buchanan
                                    Attorneys for Defendant
                                    CLOUDABILITY, INC.