Daniel Remer Esq. (SBN 83702)
33 Los Pinos
Nicasio, CA 94946
Telephone: 415/235-3202
Facsimile (415)276-9857
Email dan@danielremer.com

Howard Smukler (SBN 135957)
532 S. Coronado St. #304
Los Angeles, CA  90057
Telephone:  925-900-3440
hsmukler@gmail.com

Attorneys for Plaintiff: EDWARD MILLER

# IN THE U.S. DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD MILLER**<br><br>    **Plaintiff,**<br>**v.**<br><br>**APPTIO, INC., and**<br>**CLOUDABILITY, INC.**<br><br>and<br><br>DOES 1 through 5<br><br>    Defendants. | **CASE NO.:**<br>**19-CV-7762**<br><br>**PLAINTIFF'S CERTIFICATION OF**<br>**INTERESTED ENTITIES OR PERSONS**<br><br>Hon. Judge Haywood S. Gilliam, Jr.<br><br>**Action Filed: 11/26/2019** |

Pursuant to Civil L.R. 3-15, the undersigned counsel certifies that except for Plaintiff Edward Miller there are no persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities: (i) that have a financial interest in the subject matter of the controversy or in a party to the proceeding, or (ii) that have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated: February 26, 2020

    Respectfully Submitted,

    HOWARD SMUKLER
    By: /s/ *Howard Smukler*
    Howard Smukler
    Attorney for Plaintiff
    Edward Miller