1  Daniel Remer Esq. (SBN 83702)
   33 Los Pinos
2  Nicasio, CA 94946
   Telephone: 415/235-3202
3  Facsimile (415)276-9857
   Email dan@danielremer.com
4

5  Howard Smukler (SBN 135957)
   532 S. Coronado St. #304
6  Los Angeles, CA  90057
   Telephone: 925-900-3440
7  hsmukler@gmail.com

8
   Attorneys for Plaintiff: EDWARD MILLER
9

10                       IN THE U.S. DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  _____

14                                          )    CASE NO.:
    **EDWARD MILLER**                       )    19-CV-7762
15                                          )
                                            )
16        **Plaintiff,**                    )
    v.                                      )    **ORDER DENYING JOINT**
17                                          )    **STIPULATION TO APPOINT A**
    **APPTIO, INC., and**                   )    **MAGISTRATE TO SET A**
18  **CLOUDABILITY, INC.**                  )    **SETTLEMENT CONFERENCE AND**
                                            )    **POSTPONEMENT OF CASE**
19  and                                     )    **MANAGEMENT CONFERENCE**
                                            )
20                                          )
    DOES 1 through 5                        )
21                                          )    Hon. Judge Haywood S. Gilliam, Jr.
                                            )
22        Defendants.                       )    **Action Filed: 11/26/2019**

23  _____

24

25

26

27

28

**JOINT STIPULATION IS DENIED.**

1, Magistrate Judge _____ is hereby appointed to set a settlement conference, as requested in the parties' ADR stipulation filed February 4, 2020 (see Dkt. 20)

2. The Case Management Conference scheduled for March 5, 2020 shall be rescheduled to a time not more than one month after the conclusion of the aforementioned settlement conference.

Dated:  2/27/2020

