| | |
|---|---|
| HOGE FENTON JONES & APPEL | DAVIS WRIGHT TREMAINE LLP |
| Alison P. Buchanan (SBN 215710) | Martin L. Fineman (SBN 104413) |
| Christen E. Bourne (SBN 312744) | 505 Montgomery Street, Suite 800 |
| 60 South Market Street, Suite 1400 | San Francisco, CA 94111-6533 |
| San Jose, CA 95113-2396 | Telephone: (415) 276-6500 |
| Telephone: (408) 287-9501 | Facsimile: (415) 276-6599 |
| Facsimile: (408) 287-2583 | Email: martinfineman@dwt.com |
| Email: alison.buchanan@hogefenton.com | |
| christen.bourne@hogefenton.com | |
| | |
| Attorneys for Defendant | Attorneys for Defendants |
| CLOUDABILITY, INC. | APPTIO, INC. and CLOUDABILITY, INC. |
| | |
| Daniel Remer (SBN 83702) | Howard Smukler (SBN 135957) |
| 33 Los Pinos | 532 S. Coronado Street #304 |
| Nicasio, CA 94946 | Los Angeles, CA 90057 |
| Telephone: (415) 235-3202 | Telephone: (855) 900-3440 |
| Facsimile: (415) 276-9857 | Email: hsmukler@gmail.com |
| Email: dan@danielremer.com | |
| | |
| Attorney for Plaintiff | Attorney for Plaintiff |
| EDWARD MILLER | EDWARD MILLER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| EDWARD MILLER,<br><br>          Plaintiff,<br><br>     v.<br><br>APPTIO, INC. and CLOUDABILITY, INC., et al.,<br><br>          Defendants. | Case No. 4:19-cv-07762-HSG<br><br>JOINT DISCOVERY PLAN<br><br>Date: March 5, 2020<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed: November 25, 2019 |

Pursuant to Federal Rules of Civil Procedure 26(f) and the Court's Order Setting Initial Case Management Conference, Plaintiff EDWARD MILLER ("Plaintiff") and Defendants APPTIO, INC. and CLOUDABILITY, INC. (collectively, "Defendants") respectfully submit the following joint proposed discovery plan.

1
JOINT DISCOVERY PLAN - Case No. 4:19-cv-07762-HSG

The parties have prepared this Joint Discovery Plan without waiver of, or limitation to, any objections each may have or may in the future raise with respect to the disclosures or to this litigation, including, but not limited to: (1) relevance; (2) any privilege or immunity doctrine (including, but not limited to, attorney-client and work product); (3) undue burden; (4) confidentiality; or (5) proprietary or commercially sensitive information. The parties reserve the right to amend, modify, revise, and/or clarify any portion of this Joint Discovery Plan pursuant to stipulation.

**I. CHANGES TO THE TIMING, FORM, OR REQUIREMENT FOR DISCLOSURES UNDER RULE 26(a) (FRCP 26(f)(3)(A))**

The parties have agreed to exchange Initial Disclosures on February 27, 2020, a week in advance of the initial case management conference. All other deadlines set by FRCP 26(a) shall remain unaltered. However, the parties reserve the right to amend any other deadline set by FRCP 26(a) by stipulation.

**II. THE SUBJECT AND TIMING OF DISCOVERY (FRCP 26(f)(3)(B))**

The parties believe that formal discovery is premature pending the outcome of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint. The parties have agreed to exchange certain targeted information in connection with settlement discussions.

**III. ISSUES REGARDING DISCLOSURES OR ELECTRONICALLY STORED INFORMATION (FRCP 26(f)(3)(C))**

Presently, the parties see no issues regarding disclosure, discovery, or preservation of electronically stored information. The parties intend to address any such issues by stipulation and/or Court intervention. The parties reserve the right to raise objections to discovery once it has been propounded.

**IV. ISSUES ABOUT CLAIMS OF PRIVILEGE OR THE PROTECTION OF TRIAL-PREPARATION MATERIALS (FRCP 26(f)(3)(D))**

Presently, the parties see no issues with claims of privilege or the protection of trial preparation materials and intend to address any such issues by stipulation and/or Court

intervention through the appropriate motions for protective orders.  The parties reserve the right to raise objections to discovery once it has been propounded.

**V.     CHANGES TO DISCOVERY LIMITATIONS (FRCP 26(f)(3)(E))**

Presently, the parties see no issues with altering discovery limitations but reserve all right to modify them by stipulation.

**VI.    RECOMMENDATIONS FOR PRE-TRIAL CONFERENCE OR PROTECTIVE ORDERS (FRCP 28(f)(3)(F))**

Presently, the parties see no need for the Court to issue any orders under Rule 26(c) or under Rule 16(b) and/or (c).  If a formal protective order becomes necessary, the parties agree to adopt the Model Protective Order for the Northern District Court of California.

Dated:  February 27, 2020                                         Respectfully Submitted,

By:  */s/*
        Daniel Remer

Attorney for Plaintiff
Edward Miller


HOGE, FENTON, JONES & APPEL, INC.


By: */s/*
        Alison P. Buchanan
        Christen E. Bourne

Attorneys for Defendant
Cloudability, Inc.


DAVIS WRIGHT TREMAINE LLP

By:  */s/*
        Martin L. Fineman

Attorneys for Defendants
Apptio, Inc. and Cloudability, Inc.

JOINT DISCOVERY PLAN - Case No. 4:19-cv-07762-HSG

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I obtained concurrence in the filing of this document from the other signatories.

Dated: February 27, 2020                              HOGE, FENTON, JONES & APPEL, INC.

By: ___/s/_____
      Alison P. Buchanan
      Christen E. Bourne

Attorneys for Defendant
Cloudability, Inc.