| | |
|---|---|
| HOGE FENTON JONES & APPEL | DAVIS WRIGHT TREMAINE LLP |
| Alison P. Buchanan (SBN 215710) | Martin L. Fineman (SBN 104413) |
| Christen E. Bourne (SBN 312744) | 505 Montgomery Street, Suite 800 |
| 60 South Market Street, Suite 1400 | San Francisco, CA 94111-6533 |
| San Jose, CA 95113-2396 | Telephone: (415) 276-6500 |
| Telephone: (408) 287-9501 | Facsimile: (415) 276-6599 |
| Facsimile: (408) 287-2583 | Email: martinfineman@dwt.com |
| Email: alison.buchanan@hogefenton.com | |
| christen.bourne@hogefenton.com | |
| | |
| Attorneys for Defendant | Attorneys for Defendants |
| CLOUDABILITY, INC. | APPTIO, INC. and CLOUDABILITY, INC. |
| | |
| Daniel Remer (SBN 83702) | Howard Smukler (SBN 135957) |
| 33 Los Pinos | 532 S. Coronado Street #304 |
| Nicasio, CA 94946 | Los Angeles, CA 90057 |
| Telephone: (415) 235-3202 | Telephone: (855) 900-3440 |
| Facsimile: (415) 276-9857 | Email: hsmukler@gmail.com |
| Email: dan@danielremer.com | |
| | |
| Attorney for Plaintiff | Attorney for Plaintiff |
| EDWARD MILLER | EDWARD MILLER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| EDWARD MILLER, | Case No. 4:19-cv-07762-HSG |
| Plaintiff, | JOINT STATUS UPDATE RE: DISMISSAL OF ACTION |
| v. | |
| APPTIO, INC. and CLOUDABILITY, INC., et al., | Courtroom: 2 |
| Defendants. | Judge: Hon. Haywood S. Gilliam, Jr. |
| | Action Filed: November 25, 2019 |

3797998

1

JOINT STATUS UPDATE RE: DISMISSAL OF ACTION - Case No. 4:19-cv-07762-HSG

1    Plaintiff EDWARD MILLER and Defendants APPTIO, INC. and CLOUDABILITY, INC.
2  hereby respond to this Court's Order dated April 21, 2020 (Dkt. No. 40), directing the Parties to
3  provide the Court with a status update explaining when the Parties anticipate filing the stipulation
4  for dismissal, as contemplated by the Parties' Joint Notice of Settlement (Dkt. No. 39).
5    A formal written settlement agreement has been prepared and is being reviewed by
6  Plaintiff's counsel.  The Parties anticipate that same will be executed within 15 days of the filing
7  of this status update.  The Parties expect the conditions of settlement to be completed within 30
8  days of the Parties executing the settlement agreement.  As such, the Parties anticipate filing the
9  stipulation for dismissal within 60 days of the filing of this status update.
10 ///
11 ///
12 ///
13 ///

Dated:  April 24, 2020                                          Respectfully Submitted,

                                                                By:  */s/ Daniel Remer*
                                                                          Daniel Remer

                                                                Attorney for Plaintiff
                                                                Edward Miller


                                                                By:  */s/ Howard Smukler*
                                                                          Howard Smukler

                                                                Attorney for Plaintiff
                                                                Edward Miller

                                                                HOGE, FENTON, JONES & APPEL, INC.


                                                                By:  */s/ Alison P. Buchanan*
                                                                          Alison P. Buchanan
                                                                          Christen E. Bourne

                                                                Attorneys for Defendant
                                                                Cloudability, Inc.

                                                                DAVIS WRIGHT TREMAINE LLP

                                                                By:  */s/ Martin L. Fineman*
                                                                          Martin L. Fineman

                                                                Attorneys for Defendants
                                                                Apptio, Inc. and Cloudability, Inc.

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I obtained concurrence in the filing of this document from the other signatories.

Dated: April 24, 2020                                           HOGE, FENTON, JONES & APPEL, INC.

                                                                By: */s/ Alison P. Buchanan*
                                                                          Alison P. Buchanan
                                                                          Christen E. Bourne

                                                                Attorneys for Defendant
                                                                Cloudability, Inc.