| | |
|---|---|
| HOGE FENTON JONES & APPEL | DAVIS WRIGHT TREMAINE LLP |
| Alison P. Buchanan (SBN 215710) | Martin L. Fineman (SBN 104413) |
| Christen E. Bourne (SBN 312744) | 505 Montgomery Street, Suite 800 |
| 60 South Market Street, Suite 1400 | San Francisco, CA 94111-6533 |
| San Jose, CA 95113-2396 | Telephone: (415) 276-6500 |
| Telephone: (408) 287-9501 | Facsimile: (415) 276-6599 |
| Facsimile: (408) 287-2583 | Email: martinfineman@dwt.com |
| Email: alison.buchanan@hogefenton.com | |
|          christen.bourne@hogefenton.com | |
| | |
| Attorneys for Defendant | Attorneys for Defendants |
| CLOUDABILITY, INC. | APPTIO, INC. and CLOUDABILITY, INC. |
| | |
| Daniel Remer (SBN 83702) | Howard Smukler (SBN 135957) |
| 33 Los Pinos | 532 S. Coronado Street #109 |
| Nicasio, CA 94946 | Los Angeles, CA 90057 |
| Telephone: (415) 235-3202 | Telephone: (855) 900-3440 |
| Facsimile: (415) 276-9857 | Email: hsmukler@gmail.com |
| Email: dan@danielremer.com | |
| | |
| Attorney for Plaintiff | Attorney for Plaintiff |
| EDWARD MILLER | EDWARD MILLER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| EDWARD MILLER,<br><br>            Plaintiff,<br><br>       v.<br><br>APPTIO, INC. and CLOUDABILITY, INC., et al.,<br><br>            Defendants. | Case No. 4:19-cv-07762-HSG<br><br>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2<br><br>Action Filed: November 25, 2019 |

**TO THIS HONORABLE COURT, ALL PARTIES HEREIN, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Confidential Settlement Agreement and Release, Plaintiff EDWARD MILLER ("Plaintiff") and Defendants APPTIO, INC. and CLOUDABILITY, INC. (collectively, "Defendants"), by and through their respective attorneys, hereby submit the following Joint Stipulation for Dismissal with Prejudice.

1. Defendants deny any liability as to the claims asserted against them by Plaintiff.
2. The Parties withdraw and terminate all pending motions submitted in this action.
3. Each side shall bear its own attorney fees and costs.
4. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and Release entered into by and between Plaintiff and Defendants on or about May 1, 2020.

WHEREFORE, the parties, by and through their counsel of record, hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the dismissal, with prejudice, of any and all claims against Defendants in the above-captioned matter, with each party to bear their own attorney fees and costs incurred in this action.

**IT IS SO STIPULATED.**

Dated: May 28, 2020                    Respectfully Submitted,

By: */s/ Daniel Remer*
        Daniel Remer

Attorney for Plaintiff
Edward Miller


By: */s/ Howard Smukler*
        Howard Smukler

Attorney for Plaintiff
Edward Miller

Dated:  May 28, 2020                                    HOGE, FENTON, JONES & APPEL, INC.


By:  */s/ Alison P. Buchanan*
      Alison P. Buchanan
      Christen E. Bourne

Attorneys for Defendant
Cloudability, Inc.

DAVIS WRIGHT TREMAINE LLP

By:  */s/ Martin L. Fineman*
      Martin L. Fineman

Attorneys for Defendants
Apptio, Inc. and Cloudability, Inc.

# [PROPOSED] ORDER

**IT IS SO ORDERED THAT THE STIPULATION IS APPROVED.**

     Having read and considered the foregoing stipulation, the Court hereby orders the dismissal, with prejudice, of the any and all claims against Defendants APPTIO, INC. and CLOUDABILITY, INC.  Each party will bear their own attorneys' fees and costs incurred in this action.  The Court hereby retains jurisdiction to enforce the terms of the Confidential Settlement Agreement and Release entered into by and between Plaintiff EDWARD MILLER and Defendants APPTIO, INC. and CLOUDABILITY, INC.

DATED:_____      _____
                                                                                     Hon. Haywood S. Gilliam, Jr.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I obtained concurrence in the filing of this document from the other signatories.

Dated: May 28, 2020                                    HOGE, FENTON, JONES & APPEL, INC.

By: */s/   Alison P. Buchanan*
      Alison P. Buchanan
      Christen E. Bourne

Attorneys for Defendant
Cloudability, Inc.